# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:09CR419** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DAVID CRESS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant David Cress (Cress) for a release from detention (Filing No. 17). After reviewing the Pretrial Services report, Cress's criminal and substance abuse history, Cress's proposed release plan does not reasonably assure his presence for further proceedings of the safety of the community if released. Accordingly, the motion for release (Filing No. 17) is denied.

**IT IS SO ORDERED.**

DATED this 16th day of March, 2010.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge