## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR419 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DAVID CRESS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court are the Amended Findings and Recommendation of Magistrate Judge Thomas D. Thalken (Filing No. 51).  No objections have been filed.  Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation their its entirety.

IT IS ORDERED:

1.    The Magistrate Judge's Amended Findings and Recommendation (Filing No. 51) are adopted in their entirety;

2.    The Defendant's motion to dismiss (Filing No. 28) is denied, in accordance with the Findings and Recommendation; and

3.    The Magistrate Judge's Findings and Recommendation (Filing No. 49) are denied as moot.

DATED this 10th day of August, 2010.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge